IN THE
UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF __ILLINOIS__

FILED
NOV 19 2007
MICHAEL ~~~~~~~~ CLERK
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA, )
Plaintiff-Respondent, )
)  Case No. __02 CR 50061-4__
-vs- )
SIR DISMUKE_____, )  Judge: __Philip G. Reinhard__
Defendant-Petitioner )

**07 C 50235**

### MOTION TO AMEND SENTENCING JUDGMENT'S RESTITUTION ORDER

Now Comes the defendant, __Sir Dismuke__, **pro se**, and moves this Honorable Court, pursuant to USSG. §5G1.3.; and 18 U.S.C. §3584, requesting that his Restitution Order be reconsidered and amended.

In support hereof the defendant states as follows:

1. That the defendant was convicted by this Court on __06__/__February__/20__03__; and sentenced by the Court on __05__/__May__/20__03__, to a term of __252__ months in prison, __5__ years Mandatory Supervised Release and a $__33,707.61__ in fine or restitution to be paid immediately.

2. That this Court erred in failing to establish a specific schedule for making restitution payments in accordance to new precedent. In light of United States v. Day, 418 F. 3d 746(7th Cir. 2005), this court must amend his payment Order in accordance to his ability to pay. Mr.__Dismuke__, case is similar to the __Day__ case. The district court ordered payments on fine and or his restitution immediately, but did not set a payment schedule during the term of imprisonment and while he's on Supervised Release, while taking in account his financial situation.
(See: U.S. v. Tillmon, No. 04CR50064-Attached Order)

WHEREFORE: the defendant ask the Court to amend his payments owed on fine or restitution Ordering that he pay 10% of his

-1-

prison job salary, and that the 10% continue from employment salary while he's on Supervised release.

Respectfully Submitted

Name: Sir Dismuke

Pro Se defendant