IN THE
UNITED STATES DISTRICT COURT
FOR THE ___NORTHERN___ DISTRICT OF ___ILLINOIS___

FILED
NOV 19 2007
_____INS, CLERK
_____DISTRICT COURT

UNITED STATES OF AMERICA,  )
Plaintiff-Respondent,      )
                           )   Case No. __02 CR 50061-4__
    -vs-                   )
                           )   Judge: __Philip G. Reinhard__
SIR DISMUKE_____,       )
Defendant-Petitioner,      )

**07 C 50235**

### MOTION FOR PROMPT DISPOSITION

Now Comes the defendant, __Sir Dismuke__, **pro se**, and moves this honorable court requesting a prompt disposition on his motion for amended sentencing judgment's restitution Order.

In support hereof the defendant states as follows:

1. That has filed a motion requesting that his fine or restitution Order be amended in light of <u>US v. Day</u>, and it is vital to his rehabilitation adjustment that this Court promptly hear the attached motion to ensure that he is no longer deprived of his fair right to adequate process of a change in law.

Wherefore: the defendant prays that this motion is granted.

Respectfully Submitted

*[signature]*

Name: __Sir Dismuke_____

Pro Se Movant

]

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE THAT, the undersigned has filed a Motion to amend sentencing judgment's restitution Order; Motion for prompt disposition and Forma Pauperis Application, with the U.S. District Court on _11_/_11_/20_07_. This also Certifies that a copy of same was served upon Assistant U.S. Attorney, __Joseph C. Pedersen__, located at __308 W. State Street-Room #300, Rockford, Illinois 61101__.

Date: _12_/_0_/20_07_

Respectfully Submitted

Name: Sir Dismuke

U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808
# 12375-424

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: SIRDOUGLAS D. DISMUKE
CASE NUMBER: 02 CR 50061-4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | Assessment | Fine | Restitution |
|--------|-----------|------|-------------|
| TOTALS | $ 100.00  | $ -- | $ $33,707.61 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|-----------------------------------------|
| Heritage Federal Credit Union | $ 5,000.00 | $ 5,000.00 | |
| CUMIS Insurance Society, Inc. | $28,707.61 | $28,707.61 | |
| **TOTALS** | $ 33,707.61 | $ 33,707.61 | |

☐ If applicable, restitution amount ordered pursuant to plea _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   X   the interest requirement is waived for the   ☐ fine and/or   X restitution.

   ☐   the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 240 (Rev. 9/96)

# United States District Court

**NORTHERN** District of **ILLINOIS**

UNITED STATES OF AMERICA,

    Plaintiff

    V.

SIR DISMUKE

    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 02 CR 50061-4

I, __Sir Dismuke__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __U.S.P. Terre Haute__

    Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends    ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments    ☐ Yes    ☑ No
    e. Gifts or inheritances    ☐ Yes    ☑ No
    f. Any other sources    ☐ Yes    ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

My Commission expires 06 / 29 / 2015.

Tammy Bankston
Notary Public

11-09-2007
Date

Signature of Applicant

Total $23.71
Avg. $11.14  4 months



TAMMY BANKSTON
Notary Public, State of Indiana
Vigo County
My Commission Expires
June 29, 2015

UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 04 CR 50064 |
| v. | ) |
| | ) |
| LEON L. TILLMON | ) Judge Philip G. Reinhard |

### UNITED STATES' AGREED MOTION FOR COURT TO SET RESTITUTION PAYMENT SCHEDULE

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this Court to enter an order setting a restitution payment schedule during the period that defendant is incarcerated. In support of this motion, it is stated as follows:

1. On November 23, 2004, an indictment was returned charging defendant with bank robbery in violation of 18 U.S.C. § 2113(a). Defendant pleaded guilty to the indictment on June 20, 2005 and was sentenced on September 8, 2005 to 174 months of imprisonment, 3 years of supervised release, restitution of $2,080, and a special assessment of $100. The Judgement in a Criminal Case provided that "the payment of monetary penalties is due during imprisonment," but did not provide a specific schedule of payments while defendant is incarcerated. Defendant timely filed his notice of appeal on September 14, 2005. The only issue that defendant raised in his brief, which he filed on May 12, 2006, was that the district court erred in failing to set a specific restitution payment schedule during defendant's incarceration where defendant was indigent at the time of sentencing. On June 5, 2006, the United States filed an agreed motion for limited remand and to suspend briefing during the pendency of that motion. On June 15, 2006, the Seventh Circuit Court of Appeals issued an order granting the agreed motion and remanding this case to the district court "with directions to correct its judgement by creating a payment schedule as required by *United States v. Day*, 418 F.3d 746 (7th Cir. 2005)."

2.  The undersigned attorney, on behalf of the United States, and defendant's counsel have discussed this matter and have agreed to recommend that this court enter an order requiring that defendant make restitution payments in the amount of 10% of his monthly wages earned while he is incarcerated.

3.  Defendant's counsel has been advised of this motion and has reviewed this motion with defendant, Leon Tillmon. Defendant's counsel has no objection to the entry of an order that requires defendant to pay 10% of his monthly wages earned while he is incarcerated towards restitution.

WHEREFORE, the United States of America respectfully requests that this Court enter an order requiring that defendant make restitution payments in the amount of 10% of his monthly wages earned while he is incarcerated.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> BY: _____/s_____
> JOSEPH C. PEDERSEN
> Assistant United States Attorney
> 308 West State-Room 300
> Rockford, Illinois   61101
> Telephone: 815-987-4444

2

## CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on June 27, 2006, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

### UNITED STATES' AGREED MOTION FOR COURT TO SET RESTITUTION PAYMENT SCHEDULE

were served pursuant to the district court's ECF system as to ECF filers, and were mailed via first class mail to the following non-ECF filers:

A. BRIAN THRELKELD
Staff Attorney

JONATHAN HAWLEY
Appellate Division Chief

FEDERAL PUBLIC DEFENDER
CENTRAL DISTRICT OF ILLINOIS
300 W. Main St.
Urbana, Illinois 61602-2624
(217) 373-0666

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 27 2006. (28 U.S.C. § 1746).

/s/
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
(815) 987-4444