## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50235 | **DATE** | 11/30/2007 |
| **CASE TITLE** | United States vs. Dismuke | | |

**DOCKET ENTRY TEXT:**

Sirdouglas Dismuke, a federal prisoner, filed a "motion to amend sentencing judgment's restitution order," citing U.S.S.G. § 5G1.3 and 18 U.S.C. § 3584 as authority, and requesting that the court amend its restitution order to establish a schedule of payments pursuant to United States v. Day, 418 F. 3d 746 (7th Cir. 2005). The court dismisses the motion for lack of jurisdiction as it challenges the validity of his sentence relating to restitution as opposed to the execution of his sentence (see 28 U.S.C. § 2241). Therefore, despite its label, it seeks relief under 28 U.S.C. § 2255 and must be dismissed as it is a successive such motion (see United States v. Dismuke, No. 04C50427, minute order dated 3/15/2005 denying prior § 2255 motion) for which Dismuke must obtain prior authorization from the Court of Appeals. See United States v. Carraway, 478 F. 3d 845, 849-50 (7th Cir. 2007). Additonally, the § 2255 motion is well beyond the one-year statute of limitations. See 28 U.S.C. § 2255 ¶ 6. Therefore, the court dismisses the motion for lack of jurisdiction. The motion for prompt disposition is denied as moot.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|