# United States District Court
## Northern District of Illinois
### Western Division

United States of America  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 07 C 50235

Sir Dismuke

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that

Sirdouglas Dismuke, a federal prisoner, filed a "motion to amend sentencing judgment's restitution order," citing U.S.S.G. § 5G1.3 and 18 U.S.C. § 3584 as authority, and requesting that the court amend its restitution order to establish a schedule of payments pursuant to United States v. Day, 418 F. 3d 746 (7th Cir. 2005). The court dismisses the motion for lack of jurisdiction as it challenges the validity of his sentence relating to restitution as opposed to the execution of his sentence (see 28 U.S.C. § 2241). Therefore, despite its label, it seeks relief under 28 U.S.C. § 2255 and must be dismissed as it is a successive such motion (see United States v. Dismuke, No. 04C50427, minute order dated 3/15/2005 denying prior § 2255 motion) for which Dismuke must obtain prior authorization from the Court of Appeals. See United States v. Carraway, 478 F. 3d 845, 849-50 (7th Cir. 2007). Additonally, the § 2255 motion is well beyond the one-year statute of limitations. See 28 U.S.C. § 2255 ¶ 6. Therefore, the court dismisses the motion for lack of jurisdiction. The motion for prompt disposition is denied as moot.

Michael W. Dobbins, Clerk of Court

Date: 11/30/2007  /s/ Jennifer Titak, Deputy Clerk