## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50235 / 07 C 50236 | **DATE** | 12/21/2007 |
| **CASE TITLE** | U.S.A. vs. DISMUKE | | |

**DOCKET ENTRY TEXT:**

The motion for rehearing is denied.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|