# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50061 / 07 C 50235<br>07 C 50236 | **DATE** | 6/19/2008 |
| **CASE TITLE** | U.S.A. vs. Sir Douglas Dismuke | | |

**DOCKET ENTRY TEXT:**

The motion for rehearing of the denial of the motion to amend sentencing judgment's restitution order is denied.

*Philip G. Reinhard* (signature)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|