IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff-Respondent, ) | |
| ) | Case No. 02 CR 50061 |
| -vs- ) | 07 C 50235 |
| SIR DOUGLAS DISMUKE, ) | 07 C 50236 |
| Defendant-Petitioner. ) | |

NOTICE OF APPEAL

THIS APPEAL IS BEING TAKEN FROM THE ORDER DENYING THE DEFENDANT'S MOTION TO AMEND SENTENCING JUDGMENT RESTITUTION ORDER AND HIS MOTION FOR REHEARING ON, denied by the Court on June 16, 2008, *and Prior ruling denying Motion, in 2008.*

_Sir Douglas Dismuke_
Sir Douglas Dismuke

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50061 / 07 C 50235 07 C 50236 | **DATE** | 6/19/2008 |
| **CASE TITLE** | U.S.A. vs. Sir Douglas Dismuke | | |

**DOCKET ENTRY TEXT:**

The motion for rehearing of the denial of the motion to amend sentencing judgment's restitution order is denied.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | /SEC |
|---|---|---|---|

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA, )
Plaintiff, )
) Case No. 02 CR 50061
-vs- )
) Hon. Philip G. Reinhard
SIR DOUGLAS DISMUKE, )
Defendant. )

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

The undersigned certifies that he has filed this Notice of Appeal; Docketing Statement; and Motion to continue Proceeding in Forma Pauperis and to appoint the Federal Defender on Appeal, with the U.S. District Court on June 27, 2008.

This also Certifies that a copy was served upon the Assistant United States Attorney, _Joseph Carlyle Pedersen_, located at, _308 W. State Street - Suite 300, Rockford, Il. 61101_.

By placing said documents in the U.S. mail postage paid and addressed to same as aforementioned on June 27, 2008.

Mr. Sir Douglas Dismuke
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN. 47808
#12375-424

To: Court



Mr. Sir Douglas Dismuke
#12375-424
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INMATE IDENTIFICATION CONFIRMED

Office Of The U.S. District Court
Clerk Of The U.S. District Court
United States Court House
211 South Court Street
Rockford, Illinois 61101