# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 CR 50061/07 C 50235/ 07 C 50236 | **DATE** | 7/3/2008 |
| **CASE TITLE** | United States vs. Dismuke | | |

**DOCKET ENTRY TEXT:**

Defendant, SirDouglas Dismuke, has filed a notice of appeal in case numbers 02 CR 50061, 07 C 50235 and 07 C 50236. He has also filed a motion to proceed in forma pauperis on appeal and for appointment of counsel on appeal in 02 CR 50061 only. The court construes the notice of appeal in 07 C 50235 and 07 C 50236 as a request for certificate of appealability which the court denies as Dismuke has made no substantial showing of the denial of a constitutional right in either case (based on the reasons stated in the court's orders dated 5/22/2008 (07 C 50235 and 07 C 50236). See 28 U.S.C. §2253(c)(2). The court also denies the motion to proceed IFP on appeal (02 CR 50061) as the court certifies that the appeal is not taken in good faith ( based on the reasons stated in the court's order of 5/22/2008). See Fed. R. Civ. P. 24(a)(3). Lastly, the motion for appointment of counsel on appeal is denied without prejudice to filing it in the court of appeals.

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|