UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

NOTICE OF DOCKETING - Short Form

July 2, 2008

JUL 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2640
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> SIRDOUGLAS D. DISMUKE,
> Defendant - Appellant
>
> District Court No: 3:07-cv-50235
> Court Reporter Mary Lindbloom
> Clerk/Agency Rep Michael Dobbins
> District Judge Philip Reinhard
>
> Date NOA filed in District Court: 07/02/2008

If you have any questions regarding this appeal, please call this office.

form name: c7_Docket_Notice_short_form (form ID: 188)